**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

|  |  |
|---|---|
| MOTOROLA MOBILITY, INC.,    ) | |
| ) | |
| Plaintiffs,    ) | Civil Action No. 3:10-cv-826 |
| ) | |
| v.    ) | District Judge  Barbara B. Crabb |
| ) | |
| MICROSOFT CORPORATION,    ) | Magistrate Judge Stephen L. Crocker |
| ) | |
| Defendant.    ) | |
| ) | |
| ) | |
| ) | |

---

## JOINT PRELIMINARY PRETRIAL REPORT

Pursuant to Federal Rule of Civil Procedure 26(f) and this Court's Standing Order Governing Preliminary Pretrial Conferences, counsel for Plaintiff Motorola Mobility, Inc. ("Motorola Mobility") met and conferred with counsel for Defendant Microsoft Corporation ("Microsoft") on February 23, 2011 regarding a discovery plan and case schedule. The parties now submit this Joint Preliminary Pretrial Report.

I.      **PROPOSED DISCOVERY PLAN PURSUANT TO FED. R. CIV. P. 26**

    A.      **Case Schedule**

        The parties propose the following trial schedule:

| Event | Date Proposed by Motorola Mobility | Dates Proposed by Microsoft |
|---|---|---|
| Filing | December 23, 2010 | |
| Preliminary Pretrial Conference | March 2, 2011 | |
| Deadline for Initial Disclosures Pursuant to Rule 26(a)(1) | March 9, 2011 | |
| Deadline to Amend Pleadings | March 11, 2011 | |
| Deadline to Add Additional Parties | March 18, 2011 | |
| Deadline for Parties to Submit Joint Proposed Protective Order | March 18, 2011 | |
| Deadline to Disclose Initial Infringement Contentions and Asserted Claims | May 2, 2011 | |
| Deadline to Disclose Initial Invalidity and Unenforceability Contentions | May 23, 2011 | June 1, 2011 |
| Deadline to Exchange List of Claim Terms and Proposed Constructions | June 3, 2011 | June 17, 2011 |
| Deadline to Exchange Amended and Supplemental Proposed Constructions | June 17, 2011 | July 1, 2011 |
| Deadline to File Opening Claim Construction Brief (Simultaneous briefs by all parties) | July 1, 2011 | July 21, 2011 |
| Deadline to File Responsive Claim Construction Brief (Simultaneous briefs by all parties) | July 22, 2011 | August 11, 2011 |
| Claim Construction Hearing (if granted) | July 29, 2011 | August 16, 2011 |

| Event | Date Proposed by Motorola Mobility | Dates Proposed by Microsoft |
|---|---|---|
| Deadline to File Opening Expert Reports | August 26, 2011 | October 14, 2011 |
| Deadline to File Rebuttal Expert Reports | September 23, 2011 | November 14, 2011 |
| Deadline to File Dispositive Motions | October 3, 2011 | November 28, 2011 |
| End of Discovery | January 6, 2012 | February 24, 2012 |
| Deadline for all Rule 26 Disclosures | February 3, 2012 | March 30, 2012 |
| *In limine* motions filed and served | February 3, 2012 | March 30, 2012 |
| Settlement Letters Submitted to Clerk | March 2, 2012 | |
| Deadline for all Rule 26 Objections | March 2, 2012 | April 27, 2012 |
| Oppositions to *in limine* motions filed and served | March 2, 2012 | April 27, 2012 |
| Final pre-trial conference | March 22, 2012 | May 17, 2012 |
| Trial | April 2, 2012 | May 29, 2012 |

B.      **Protective Order**

The parties anticipate the need for a Protective Order to ensure adequate

protections are in place governing disclosure of confidential and/or commercially sensitive

materials.  Because of the pendency of other actions between the parties, the parties are

attempting to develop a uniform Protective Order that can be entered in all of their actions.

C.      **Source Code Production**

The parties anticipate the need for a Source Code Agreement to ensure adequate

protections are in place for the production and use of electronic source code by the parties.  The

parties are conferring on specific procedures to allow the parties' counsel and expert consultants

reasonable access to such source code.  Because of the pendency of other actions between the parties, the parties are attempting to develop a uniform Source Code Agreement that can be entered in all of their actions.

**D.      Modifications to Limitations on Discovery Imposed by the Federal Rules**

**1.      Interrogatories**

The parties agree that each side shall be entitled to forty (40) interrogatories.

**2.      Requests for Admission**

The parties agree that each side shall be entitled to fifty (50) requests for admission, excluding requests for admission that are solely for purposes of authenticating documents.

**3.      Depositions**

Motorola Mobility's Proposal: Each side shall be entitled to take twenty-five (25) fact depositions without seeking leave of Court.

Microsoft's Proposal: Each side shall be entitled to take fifteen (15) fact depositions without seeking leave of Court.

The parties agree that the above limit on depositions does not include depositions of expert witnesses and that the durational limits of Federal Rule of Civil Procedure 30(d) apply. With regard to testimony under Federal Rule of Civil Procedure 30(b)(6), seven (7) hours of 30(b)(6) testimony shall count as one fact deposition and shall count against the deposition limit.

**E.      Expert Discovery**

The parties agree that notes taken by the parties' experts in the course of the preparation of their reports, drafts of the expert reports, and all communications between counsel for the parties and their experts (including, but not limited to, emails and other written

correspondence) (all of the foregoing hereinafter referred to as "Expert Work Product") need not be retained and shall be not produced in this or any other action.

Expert Work Product shall not include communications, information and things that are relied upon by the expert in his or her opinions, or which otherwise form the basis of the expert's report.

F.      **Electronic Service**

The parties hereby consent in writing that service by electronic means shall be allowed as set forth in Federal Rule of Civil Procedure 5(b)(2)(E) and that such service shall be deemed complete upon transmission, provided the sender does not receive any indication that such transmission was unsuccessful.  The parties agree that a document is deemed served on a particular day if sent by midnight Central Time on that calendar day; otherwise it is deemed served on the next calendar day.  The parties will meet and confer regarding service lists, but in the absence of additional agreement, the parties will serve outside counsel via the email addresses shown on the signature page.

G.      **Privilege Log**

Because of the pendency of other actions between the parties, the parties are attempting to develop a uniform approach to privilege logs that can be followed in all of their actions.

H.      **Electronic Discovery**

The parties are conferring regarding the logistical aspects of electronic production.

## II.     INFORMATION REQUIRED BY THIS COURT'S STANDING ORDER

### A.     Nature of the Case

This is an action for patent infringement.  This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).  Motorola Mobility asserts five (5) patents against Microsoft:  U.S. Patent Nos. 6,992,580; 7,106,358; 6,686,931; 7,088,220; and 5,738,583.  Motorola Mobility seeks permanent injunctive relief as well as damages for the alleged infringement.  Motorola added U.S. Patents 7,088,220 and 5,738,583 through an Amended Complaint on February 14, 2011.  Microsoft has yet to respond to Motorola's Amended Complaint.  Microsoft had previously counterclaimed, asserting five (5) patents against Motorola Mobility:  U.S. Patent Nos. 6,374,276; 7,454,718; 6,822,664; 7,421,666; and 6,256,642.  Microsoft seeks permanent injunctive relief as well as damages for the alleged infringement.

Microsoft has moved to transfer this case to the Western District of Washington pursuant to 28 U.S.C. § 1404, where this Court on February 18, 2011 recently transferred the 10-CV-0699 action listed below pursuant to 28 U.S.C. § 1404.  Motorola Mobility filed its opposition to the motion to transfer this case on February 24, 2011.

### B.     Other Pending Cases

Several other cases are pending between Microsoft and Motorola Mobility, including:

- *Motorola Mobility, Inc. v. Microsoft Corp.*, No. 3:10-cv-00700-bbc (W.D. Wis.) (now stayed by agreement in view of ITC Investigation No. 337-TA-752)
- *Motorola Mobility, Inc. v. Microsoft Corp.*, No. 3:10-cv-00699-bbc (W.D. Wis.)
- *Motorola Mobility, Inc. v. Microsoft Corp.*, No. 1:10-cv-24063-FAM (S.D. Fla.)
- *Microsoft Corp. v. Motorola Inc.*, No. 2:10-cv-01577-JLR (W.D. Wash.) (now stayed by agreement in view of ITC Investigation No. 337-TA-744)

- *Microsoft Corp. v. Motorola, Inc. and Motorola Mobility, Inc.*, No. C10-1823-JLR (W.D. Wash.)
- *In re Certain Gaming & Entertainment Consoles, Related Software, & Components Thereof*, ITC Investigation No. 337-TA-752
- *In re Certain Mobile Devices, Associated Software, and Components Thereof,* ITC Investigation No. 337-TA-744

C.      **Factual and Legal Issues to be Resolved at Trial**

The parties anticipate that the following issues of fact and law may need to be resolved in the course of this case or at trial:

(a)     The proper construction of the claims of the patents asserted by the parties;

(b)     Whether any of the patents asserted by Motorola Mobility is infringed by any of Microsoft's products;

(c)     Whether any of the patents asserted by Microsoft is infringed by any of Motorola Mobility's products;

(d)     Whether any of the asserted patents by any party is invalid or unenforceable;

(f)     Whether any injunctions should issue;

(g)     If one or more of the asserted patents are infringed and not invalid, what damages and/or other relief would be appropriate;

(h)     If one or more of the asserted patents are infringed and not invalid, whether such infringement was willful and deliberate;

(i)     If any infringement was willful and deliberate, whether increased damages should be awarded;

(j)     Whether any party is entitled to attorney's fees under 35 U.S.C. § 285 or costs.

D.     **Descriptions of Any Forthcoming Pleading Amendments**

The parties have included in their proposed Case Schedule a deadline for amendments to the pleadings.  After that date, the parties agree promptly to seek leave of the Court to amend their pleadings if warranted by newly discovered facts or evidence.

E.     **Identity of Any New Parties**

The parties have included in their proposed Case Schedule a deadline for adding additional parties.  Neither party is currently aware of any additional necessary parties. However, the parties require discovery to identify whether all the appropriate parties are part of this action.

F.     **Estimated Length of Time Required for Trial**

The parties expect that the trial can be completed in eight (8) to ten (10) days.

G.     **Other Matters Affecting the Just, Speedy and Inexpensive Disposition of this Case**

The Parties will work cooperatively to identify any opportunities to streamline the case, including exploring the possibility of stipulating to any undisputed facts.  Each Party will also consider whether any issues can be resolved prior to trial via the filing of dispositive motions.

Dated:  February 25, 2011

Respectfully submitted,

Respectfully submitted,

*/s/ Rebecca Frihart Kennedy*

Scott W. Hansen
Lynn M. Stathas
Rebecca F. Kennedy
Reinhart Boerner Van Deuren S.C.
1000 North Water Street
Suite 1700
Milwaukee, WI 53202
Tel:  (414) 298-1000
Email:  shansen@reinhartlaw.com
lstathas@reinhartlaw.com
rfrihart@reinhartlaw.com

Jesse J. Jenner
Steven Pepe
Anthony Pastor
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York 10036
Tel:  (212) 596-9000
Email:  jesse.jenner@ropesgray.com
steven.pepe@ropesgray.com
anthony.pastor@ropesgray.com

Norman H. Beamer
Gabrielle E. Higgins
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303
Tel:  (650) 617-4000
Email:  norman.beamer@ropesgray.com
gabrielle.higgins@ropesgray.com

**Attorney for Plaintiff,**
**MOTOROLA MOBILITY, INC.**

*/s/ J. Donald Best*

J. Donald Best
Christopher C. Davis
Michael, Best and Friedrich, LLP
P. O. Box 1806
Madison, WI 53701-1806
Tel: (608) 257-3501
Email: jdbest@michaelbest.com
ccdavis@michaelbest.com

Charles J. Crueger
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202
Tel: (414) 271-6560
Email: cjcrueger@michaelbest.com

David T. Pritikin
Richard A. Cederoth
Douglas I. Lewis
John W. McBride
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Tel: (312) 853-7000
Email:  dpritikin@sidley.com
rcederoth@sidley.com
dilewis@sidley.com
jmcbri01@sidley.com

T. Andrew Culbert
David E. Killough
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA 98052
Tel:  425-703-8865
Email: andycu@microsoft.com
davkill@microsoft.com

**Attorneys for Defendant,**
**MICROSOFT CORPORATION**